### T. Lee HANKINS v. STATE.

### 6 Div. 424.

Supreme Court of Alabama.

Nov. 2, 1933.

R. G. Redden, of Vernon, and Ernest B. Fite, of Hamilton, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

GARDNER, Justice.

Petition of T. Lee Hankins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hankins v. State, 25 Ala. App. 504, 150 So. 708.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.